UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN AIRLINES, INC.; AMR
CORPORATION; UNITED AIRLINES, INC.; UAL
CORP.; US AIRWAYS GROUP, INC.; US AIRWAYS,
INC.; DELTA AIR LINES, INC.; CONTINENTAL
AIRLINES, INC.; AIRTRAN AIRWAYS, INC.;
COLGAN AIR, INC.; ARGENBRIGHT SECURITY,
INC.; GLOBE AVIATION SERVICES
CORPORATION; GLOBE AIRPORT SECURITY
SERVICES, INC.; HUNTLEIGH USA CORP.; ICTS
INTERNATIONAL NV; THE BOEING COMPANY;
THE MASSACHUSETTS PORT AUTHORITY; AND
THE METROPOLITAN WASHINGTON AIRPORT
AUTHORITY

                  Plaintiffs/Aviation Parties,

    -against-

CENTRAL INTELLIGENCE AGENCY and
GENERAL MICHAEL V. HAYDEN in his Official
Capacity as Director of the Central Intelligence
Agency

        Defendants.

Case No.

**Rule 7.1 Statement**

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local
General Rule 1.9] and to enable District Judges and Magistrate Judges of the
Court to evaluate possible disqualification or recusal, the undersigned
counsel for plaintiff American Airlines, Inc. (a private non-governmental
party) certifies that the following are corporate parents, affiliates and/or
subsidiaries of said party, which are publicly held.

AMR Corporation is the parent of American Airlines, Inc.  American Airlines, Inc. has no other corporate parents, subsidiaries, or affiliates that are publicly held.

Date: _____          _____
                                        **Signature of Attorney**

                                        **Attorney Bar Code: DB 8066**