UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN AIRLINES, INC.; AMR CORPORATION; UNITED AIRLINES, INC.; UAL CORP.; US AIRWAYS GROUP, INC.; US AIRWAYS, INC.; DELTA AIR LINES, INC.; CONTINENTAL AIRLINES, INC.; AIRTRAN AIRWAYS, INC.; COLGAN AIR, INC.; ARGENBRIGHT SECURITY, INC.; GLOBE AVIATION SERVICES CORPORATION; GLOBE AIRPORT SECURITY SERVICES, INC.; HUNTLEIGH USA CORP.; ICTS INTERNATIONAL NV; THE BOEING COMPANY; THE MASSACHUSETTS PORT AUTHORITY; AND THE METROPOLITAN WASHINGTON AIRPORT AUTHORITY<br><br>      Plaintiffs/Aviation Parties,<br><br>  -against-<br><br>CENTRAL INTELLIGENCE AGENCY and GENERAL MICHAEL V. HAYDEN in his Official Capacity as Director of the Central Intelligence Agency<br><br>      Defendants. | Case No.<br><br>**Rule 7.1 Statement** |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>plaintiff AMR Corporation</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

AMR Corporation is the parent of American Airlines, Inc. AMR Corporation has no other corporate parents, subsidiaries, or affiliates that are publicly held.

Date: _8/6/07_        _____
                                            **Signature of Attorney**

                                            **Attorney Bar Code: DB 8066**