UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN AIRLINES, INC..; AMR CORPORATION; UNITED AIR LINES, INC.; UAL CORP., ET. AL.

Plaintiffs,

-v-

CENTRAL INTELLIGENCE AGENCY and GENERAL MICHAEL V. HAYDEN in his Official Capacity as Director of the Central Intelligence Agency,

Defendants.

Case No.

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **UNITED AIR LINES, INC.** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

UAL CORPORATION is the parent of UNITED AIR LINES, INC., and that this party has no other corporate parents, subsidiaries, or affiliates which are publicly held.

QUIRK AND BAKALOR, P.C.

Date: August 2, 2007

*[Signature]*
**Signature of Attorney**
LORETTA A. REDMOND, ESQ.
**Attorney Bar Code:** (LR2690)
Attorneys for Defendant
UNITED AIR LINES, INC.
845 Third Avenue - 15th Floor
New York, New York 10022
(212) 319-1000

Form Rule7_1.pdf