UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN AIRLINES, INC.; AMR CORPORATION; UNITED AIR LINES, INC.; UAL CORP., ET. AL.

Plaintiffs,

-v-

CENTRAL INTELLIGENCE AGENCY and GENERAL MICHAEL V. HAYDEN in his Official Capacity as Director of the Central Intelligence Agency,

Defendants.

---

Case No.

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **_UAL CORPORATION_** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

UAL CORPORATION has no corporate parents, subsidiaries, or affiliates which are publicly held.

QUIRK AND BAKALOR, P.C.

Date: August 2, 2007

_Signature of Attorney_
LORETTA A. REDMOND, ESQ.
Attorney Bar Code: (LR2690)
Attorneys for Defendant
UAL CORPORATION
845 Third Avenue - 15th Floor
New York, New York 10022
(212) 319-1000

Form Rule7_1.pdf