UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
AMERICAN AIRLINES, INC.; AMR : Case No.
CORPORATION; UNITED AIRLINES, INC.; UAL :
CORP.; US AIRWAYS GROUP, INC.; US :
AIRWAYS, INC.; DELTA AIR LINES, INC.; : 07 Civ. _____ (AKH)
CONTINENTAL AIRLINES, INC.; AIRTRAN :
AIRWAYS, INC.; COLGAN AIR, INC.; :
ARGENBRIGHT SECURITY, INC.; GLOBE : **Rule 7.1 Statement**
AVIATION SERVICES, INC.; HUNTLEIGH USA :
CORP.; PINKERTON'S INC.; ICTS :
INTERNATIONAL NV; THE BOEING :
COMPANY; THE MASSACHUSETTS PORT :
AUTHORITY; THE METROPOLITAN :
WASHINGTON AIRPORT AUTHORITY; AND :
THE PORT AUTHORITY OF NEW YORK AND :
NEW JERSEY. :
:
        Plaintiffs/Aviation Parties, :
:
        -v- :
:
CENTRAL INTELLIGENCE AGENCY and :
GENERAL MICHAEL V. HAYDEN in his Official :
Capacity as Director of the Central Intelligence :
Agency. :
:
        Defendants. :
------------------------------------------------------------------ x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff US Airways, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

      US Airways Group, Inc. is the parent corporation of US Airways, Inc. and owns 100% of US Airways, Inc.'s stock.

Date: August 2, 2007

*[signature: Kathleen M. Guilfoyle]*
Kathleen M. Guilfoyle, Esquire (KG 6980)
Campbell Campbell Edwards & Conroy, P.C
One Constitution Plaza, 3rd Floor
Charlestown, MA 02129
(617) 241-3000

*Attorney for US Airways, Inc.*