# CONDON & FORSYTH LLP



NEW YORK
LOS ANGELES

Direct Dial: (212) 894-6770
Direct Fax: (212) 894-6771
dbarry@condonlaw.com

January 9, 2008

**VIA FACSIMILE AND EMAIL**



Honorable Alvin K. Hellerstein
United States District Judge
United States District Courthouse
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re: American Airlines, Inc., et al. v. Federal Bureau of Investigation (07 CV 7051)
American Airlines, Inc., et al. v. Central Intelligence Agency (07-CV 7050)
C & F Ref: DTB/CRC/VAT/28507

Dear Judge Hellerstein:

I write on behalf of the Aviation Party Plaintiffs in the above-referenced litigations. It has come to the Aviation Parties' attention that we inadvertently excluded the accompanying exhibits when serving and filing the following documents on August 7, 2007:

1. Complaint filed by the Aviation Party Plaintiffs against the Federal Bureau of Investigation and Robert S. Mueller, in his official capacity as the Director of the Federal Bureau of Investigation; and

2. Complaint filed by the Aviation Party Plaintiffs against the Central Intelligence Agency and General Michael V. Hayden, in his official capacity as the Director of the Central Intelligence Agency.

The Government filed Answers to both Complaints on October 9, 2007 and the Aviation Party Plaintiffs provided the Court with courtesy copies of the Complaints with the exhibits on November 8, 2007.

In accordance with the Southern District's "Guidelines for Electronic Case Filing", we notified the Clerk of the Court of our failure to file the exhibits to the Complaints. Gladys Fusco in the Clerk's office instructed us to seek your permission to add the exhibits to the docket.

*So ordered*
*1-9-08*

7 TIMES SQUARE, NEW YORK, NEW YORK 10036   TELEPHONE 212.490.9100   FACSIMILE 212.370.4453

CONDON & FORSYTH LLP
Honorable Alvin K. Hellerstein
January 9, 2008
Page 2

Accordingly, we now ask that you order the Clerk to add the missing exhibits to the docket.

Respectfully submitted,

Desmond T. Barry, Jr.

DTB/mlp

So Ordered:

_____
Alvin K. Hellerstein,
United States District Judge

cc:   Via Email
      Marc S. Moller, Esq.
      Brian J. Alexander, Esq.
      Kreindler & Kreindler LLP
      Wrongful Death/Personal Injury Plaintiffs' Liaison Counsel

      Donald A. Migliori, Esq.
      Motley Rice LLC
      Wrongful Death/Personal Injury Plaintiffs' Liaison Counsel

      Robert A. Clifford, Esq.
      Timothy S. Tomasik, Esq.
      Clifford Law Offices, P.C.
      Property Plaintiffs' Liaison Counsel

CONDON & FORSYTH LLP
Honorable Alvin K. Hellerstein
January 9, 2008
Page 3

>   Richard A. Williamson, Esq.
>   M. Bradford Stein, Esq.
>   Flemming Zulack Williamson Zauderer LLP
>   Ground Defendants' Liaison Counsel
>
>   Beth D. Jacob, Esq.
>   Schiff Hardin LLP
>   WTC 7 Ground Defendants' Liaison Counsel
>
>   Beth E. Goldman, Esq.
>   Sarah S. Normand, Esq.
>   Jeannette A. Vargas, Esq.
>   U.S. Attorneys' Office
>
>   Aviation Defendants' Counsel